# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02276-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BRETT ANDREW: HOUSE OF NELSON,

    Plaintiff,

v.

ALAMOSA COUNTY, a corporation,
JAMES CHAVEZ, a man,
JASON CHACON, a man,
YVONNE GONZALES, a woman, and
WILLIAM LUCERO, a man,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted to the court *pro se* a pleading titled "Claim and Action of Common Law Trespass False Imprisonment" (ECF No. 1).[1] As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ____   is missing affidavit
(3)   ____   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

(4) \_\_\_ is missing certificate showing current balance in prison account
(5) \_\_\_ is missing required financial information
(6) \_\_\_ is missing authorization to calculate and disburse filing fee payments
(7) \_\_\_ is missing an original signature
(8) \_\_\_ is not on proper form
(9) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(10) xx other: <u>motion is necessary only if filing and administrative fees totaling $400.00 are not paid in advance</u>.

**Complaint, Petition or Application**:
(11) \_\_\_ is not submitted
(12) <u>xx</u> is not on proper form
(13) \_\_\_ is missing an original signature by the prisoner
(14) \_\_\_ is missing page nos. \_\_\_
(15) \_\_\_ uses et al. instead of listing all parties in caption
(16) \_\_\_ names in caption do not match names in text
(17) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_\_ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 5, 2020.

BY THE COURT:

                                 s/ Gordon P. Gallagher
                                 United States Magistrate Judge